UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DAVID R. HORN, Civil No. 01-967 JEL/AJB

Plaintiff,

v. ORDER

UNIVERSITY OF MINNESOTA,

Defendant.

---

The above matter came to the Court's attention as a result of an informal telephone conference during which the Court was advised that difficulties had been experienced by the defendant in obtaining authorizations from the plaintiff which would allow the defendant to obtain records from his previous employers.

Plaintiff has agreed to provide the defendant with the authorizations and will do so by June 19, 2002. Defendant seeks to have additional time to depose the plaintiff beyond the date originally set for his deposition on June 19.

The Court hereby enters the following Order:

1. Plaintiff shall execute all authorizations allowing the defendant to contact his prior employers for purposes of obtaining information concerning his prior employment.

2. At the request of defendant, plaintiff shall submit to an additional 2 ½ hours of deposition testimony which shall be conducted telephonically. The cost of any transcript that will be prepared of the telephone

Filed JUN 1 8 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

deposition shall be borne by plaintiff. Said continued deposition shall be solely limited to an examination of plaintiff's prior employment history. The plaintiff shall be entitled to review any documents that he is to be questioned about sufficiently in advance of the continued deposition so as to avoid unnecessary delays in the proceedings.

Dated: 6/18/02

ARTHUR J. BOYLAN
United States Magistrate Judge