UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

David R. Horn,

Plaintiff,

v.

University of Minnesota,

Defendant.

Case No. 01-CV-967 JEL/JGL

**STIPULATION AND ORDER FOR EXTENSION OF DISPOSITIVE MOTION DEADLINES**

---

The parties have agreed to the extension of deadlines in this matter as follows:

The deadline for service of Plaintiff's summary judgment response memorandum is extended to September 23, 2002. The deadline for service of the Defendant's reply memorandum and for filing of the fully briefed motion with the Court is extended to September 30, 2002.

JUDITH K. SCHERMER, PLC

By: [signature]
Judith K. Schermer (#183052)
950 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
612-843-5400

Attorneys for Plaintiff

Dated: August 28, 2002

MARK B. ROTENBERG
General Counsel
University of Minnesota

By [signature]
Jeffrey C. Vigil (#241520)
Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006
612-624-4100

Attorneys for Defendant

Dated: 28 August 2002

FILED AUG 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

**ORDER**

According to the Stipulation of the parties, the Court hereby orders that the deadline for filing and service of dispositive motions is changed to September 30, 2002.

Dated: Aug 29, 2002

Honorable Jonathan G. Lebedoff
United States Magistrate Judge