**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

David R. Horn,

Plaintiff,

v.

University of Minnesota,

Defendant.

Case No. 01-CV-967 JEL/JGL

**STIPULATION AND AGREEMENT TO AMEND EXISTING PROTECTIVE ORDER AND TO GOVERN FILING OF CONFIDENTIAL MATERIALS**

Plaintiff David R. Horn ("Mr. Horn") and Defendant University of Minnesota ("the University"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the parties, in connection with Mr. Horn's claims, seek to use student data and other evaluative data prepared by students and others, and other information related to students at the University of Minnesota through document production and deposition testimony;

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

WHEREAS, such information may be classified as private personnel data under the Minnesota Government Data Practices Act, Minn. Stat. § 13.32 and the United States Family Education Rights and Privacy Act, 20 USC § 1232g; and

WHERAS, the parties, in connection with the University's Motion for Summary Judgment, will file Confidential Materials—as defined by the Stipulation and Agreement for Protective Order, as amended—with the Court; and

NOW THEREFORE, the parties agree as follows:

A. To amend the original Stipulation and Agreement for Protective Order to read:

1. The University will make available to Mr. Horn's attorney for inspection and copying the following documents under the terms and conditions specified below:

b. Data about students and former students.

B. To move that the Court order, pursuant to paragraph 3f of the original Stipulation and Agreement for Protective Order, all documents containing Confidential Materials—as defined by the Stipulation and Agreement for Protective Order, as amended—filed by either party in the University's Motion for Summary Judgment are not required to be marked as "Confidential" or filed under seal.

Dated: October 1, 2002

MARK B. ROTENBERG
General Counsel
University of Minnesota

By: [signature]
Jeffrey G. Vigil (#241520)
Associate General Counsel

360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006
612-624-4100

Attorneys for Defendant

Dated: September 30, 2002

JUDITH K. SCHERMER PLC

By: [signature]
Judith K. Schermer (#183052)
950 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
612-843-5400

Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation and Agreement, that Defendant shall produce the above-described documents and information pursuant to the protections set forth above It is further ordered that any Confidential Materials—as defined by the Stipulation and Agreement for Protective Order, as amended—filed by the parties in connection with the University's Motion for Summary Judgment are not required to be marked as "Confidential" or filed under seal.

Dated: 10-2-02

Honorable ~~Jonathan Lebedoff~~ Joan Ericksen Lancaster
United States ~~Magistrate Judge~~
District Court Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.