**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAVID R. HORN, 01cv967 (JEL/JGL)

Plaintiff,

v. **NOTICE**

UNIVERSITY OF MINNESOTA,

Defendant.

---

**TAKE NOTICE** that **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** is re-scheduled for Monday, January 13, 2003 at 2:00 p.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: December 12, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED DEC 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______