AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Clear Form

THIRD DIVISION District of Minnesota

David R. Horn

V.

University of Minnesota

**BILL OF COSTS**

Case Number: 01-CV-967 JEL/JGL

Judgment having been entered in the above entitled action 2/25/03 (Date) against plaintiff,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $651.90 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 651.90 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Judith K. Schermer, Esq.

Signature of [signature]

Name of Attorney: Jennifer L. Frisch

For: University of Minnesota (Name of Claiming Party) Date: 5/27/04

Costs are taxed in the amount of ____________ and included in the judgment.

____________ By: ____________ ____________

Clerk of Court Deputy Clerk Date

SCANNED
JUN 1 2004
U.S. DISTRICT COURT MPLS

• AO 133 (Rev. 9/89) Bill of Costs

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

Paradigm Reporting & Captioning Inc.
1400 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 339-0545 Fax (612) 337-5575

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 18787 | 07/02/2002 | 02-7009 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/19/2002 | DYERLI | 01-CV-967 DWF/A |

| CASE CAPTION |
|---|
| David R. Horn vs. University of Minnesota |
| **TERMS** |
| Net 30 |

RECEIVED
JUL 03 2002
OFFICE OF GENERAL COUNSEL

Jeffrey G. Vigil, Esq.
Office of General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006

Original and one regular copy-Transcript of:
David R. Horn 543.90
Condensed Copy
ASCII Disk
Word Index
Read & Sign
Exhibits
Delivery Charges

**TOTAL DUE >>>> 543.90**

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

Paradigm Reporting & Captioning Inc. thanks you for your business.

**TAX ID NO.:** 41-1887042 (612) 624-4100

*Please detach bottom portion and return with payment.*

Jeffrey G. Vigil, Esq.
Office of General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006

okay to pay
Jeffrey G Vigil
7/3/02

Invoice No.: 18787
Date : 07/02/2002
**TOTAL DUE : 543.90**

Job No. : 02-7009
Case No. : 01-CV-967 DWF/AJB
David R. Horn vs. University of Minnes

Remit To: **Paradigm Reporting & Captioning Inc.**
**1400 Rand Tower**
**527 Marquette Avenue South**
**Minneapolis, MN 55402**

**DANIEL M. LARKIN COURT REPORTERS**
**842 Trenton Lane North**
**Plymouth, MN 55441**
**(763) 544-3282**

---

**TO:** Jeffrey G. Vigil, Esquire
Associate General Counsel
360 McNamara Alumni Center
200 Oak Street Southeast
Minneapolis, MN 55444

**DATE:** July 8, 2002

---

# STATEMENT

Reporter's fee for one personal copy of the deposition of **LIBBY WITCHGER,** taken on June 20, 2002, in re: David R. Horn vs. **UNIVERSITY OF MINNESOTA:**

okay to pay
Jeffrey G. Vigil
7/11/02

**THANK YOU . . . . . . . . . . . $ 108.00**

Please make check payable to Peggy A. Sinclair
Social Security No: 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

RECEIVED
JUL 11 2002
OFFICE OF GENERAL COUNSEL

UNIVERSITY OF MINNESOTA

*Office of the General Counsel*

*360 McNamara Alumni Center*
*200 Oak Street S.E.*
*Minneapolis, MN 55455*
*Office: 612-624-4100*
*Fax: 612-626-9624*

RECEIVED
BY U.S. MAIL
2004 JUN -1 AM 9:59
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 28, 2004

**VIA U.S. MAIL**

Richard D. Sletten
Clerk of Court
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *David R. Horn v. University of Minnesota.*
Court File No. 01-CV-967 JEL/JGL

Dear Mr. Sletten:

Enclosed for filing please find Bill of Costs in the above-captioned matter please find Bill of Costs with attached invoices and Affidavit of Service by Mail.

Very truly yours,

Jennifer L. Frisch

Jennifer L. Frisch
Associate General Counsel

JLF:lb
Enclosures

cc: Judith K. Schermer (w/enc.)