Court File No. 01-CV-967 JEL/JGL

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

Lucia Blau, being first duly sworn on oath, deposes and states that on May 28, 2004, she served the attached:

Bill of Costs

upon counsel for plaintiff/appellant by depositing a true and correct copy in the United States mails in an envelope properly sealed and with postage prepaid thereon, addressed to:

Judith K. Schermer, Esq.
700 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55400

the last known address of addressee.

Lucia Blau

Lucia Blau

Subscribed and sworn to before me this
28th day of May, 2004.

Notary Public

CYNTHIA A ANGRIST
Notary Public
Minnesota
My Commission Expires January 31, 2008

SCANNED
JUN 1 2004
U.S. DISTRICT COURT MPLS