**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

David R. Horn,

Plaintiff, Civil No. 01-967 (JNE/JGL)

v.

University of Minnesota,

Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Court Reporter | $651.90 | $651.90 |
| TOTAL: | $651.90 | $651.90 |

Costs, therefore, are taxed in the sum of Six Hundred Fifty-One and 90/100 Dollars ($651.90) in favor of Defendant University of Minnesota, and against Plaintiff David R. Horn, and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 1, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk