# TAXATION OF COSTS SUMMARY

Civil No. 01-967 (JNE/JGL)

David R. Horn,

v.

University of Minnesota.

---

I. Fees of the Court Reporter

| | | | |
|---|---|---|---|
| Claimed | $651.90 | Allowed | $651.90 |

**TOTAL ALLOWED: $651.90**

Dated: September 1, 2004